IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. HARROLD,

      Plaintiff,                        No. CIV S-07-1718 FCD EFB P

    vs.

SMELOSKY,

      Defendant.                  <u>ORDER</u>

/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.

       A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

       Here, the defendant is located in and the events giving rise to the claims occurred in Riverside County, California which is in the Eastern Division of the Central District of California. 28 U.S.C. § 84(c)(1). Therefore, in the interest of justice, this action is transferred to

1

1 the United States District Court for the Central District of California, Eastern Division. *See* 28

2 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

3     So ordered.

4 DATED: September 28, 2007.

```
                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
```